## 8320. DUFFEY *v.* THE STATE.

WADE, C. J. 1. The bill of exceptions was not sued out in time to preserve the exception therein based upon the overruling of a demurrer to the accusation, and there was no exception pendente lite. The assignment of error upon the same ground, which appears in the motion for a new trial, can not be considered. *Redwine* v. *Street,* 18 *Ga. App.* 77 (89 S. E. 163); *Kent* v. *State,* 15 *Ga. App.* 210 (82 S. E. 762); *Wills* v. *Young,* 15 *Ga. App.* 352 (83 S. E. 275); *Coulson* v. *State,* 13 *Ga. App.* 148 (2), 150 ('78 S. E. 1108), and cases there cited; *Mayor &c. of Dublin* v. *Dudley,* 2 *Ga. App.* 762 (59 S. E. 84).

2. There is no substantial merit in either of the two remaining special grounds of the motion for a new trial.

3. The evidence supported the verdict, and the trial judge did not err in overruling the motion for a new trial.

Judgment affirmed. *George and Luke, JJ., concur.*
DECIDED MARCH 23, 1917.

Accusation of larceny; from city court of Carrollton—Judge Beall. October 20, 1916.

*S. C. Boykin,* for plaintiff in error.

*Willis Smith, solicitor,* contra.